**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **GEORGE GOODRITZ** | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : **Civil Action No. 17-2386** |
| | : |
| **1500 WALNUT ENTERPRISES, LLC and** | : |
| **PARK AMERICA INC.** | : |
| | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff, George Goodritz, hereby consents to the dismissal of Defendants, 1500 Walnut Enterprises, LLC and Park America Inc.

**LAW FIRM OF JACOBSON & ROOKS, LLC**

By: */s/ Jared A. Jacobson*
    Jared A. Jacobson, Esq. (PA201382)
    2 Penn Center
    1500 JFK Boulevard, Suite 520
    Philadelphia, PA  19102
    Phone: 215-874-8808 / Fax: 856-494-1707

    *Attorney for Plaintiff, George Goodritz*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Stipulation of Dismissal was filed of record via the

Court's CM/ECF System on August 16, 2017, and served upon the following:


Marc Evan Weitzman, Esq.
PARK AMERICA, INC.
One Bala Avenue, Suite 500
Bala Cynwyd, PA  19004

*Attorney for Defendant, Park America, Inc.*


Ellis R. Mirsky, Esq.
MIRSKY AND ASSOCIATES, PLLC
Two Blue Hill Plaza, Suite 1571
Pearl River, NY  10965

*Attorney for Defendant, 1500 Walnut Enterprises, LLC*




By: */s/ Jared A. Jacobson*
      Jared A. Jacobson, Esq.