IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GEORGE GOODRITZ** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 17-2386 |
| | : | |
| **1500 WALNUT ENTERPRISES, LLC and PARK AMERICA INC.** | : | |
| | : | |
| Defendants. | : | |

## STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice pursuant to the Local Rules of Civil Procedure 41.1(b) for the Eastern District of Pennsylvania. The parties further stipulate that each party shall bear his/its own costs and attorney's fees.

| | | |
|---|---|---|
| */s/ Jared A. Jacobson* | */s/ Marc E. Weitzman* | */s/ Ellis R. Mirsky* |
| Jared A. Jacobson, Esq. (PA201382) | Marc E. Weitzman, Esq. | Ellis R. Mirsky, Esq. |
| 2 Penn Center | PARK AMERICA, INC. | MIRSKY AND ASSOCIATES, PLLC |
| 1500 JFK Boulevard, Suite 520 | One Bala Avenue, Suite 500 | Two Blue Hill Plaza, Suite 1571 |
| Philadelphia, PA  19102 | Bala Cynwyd, PA  19004 | Pearl River, NY  10965 |
| Phone: 215-874-8808 / Fax: 856-494-1707 | *Attorney for Defendant, Park America, Inc.* | *Attorney for Defendant, 1500 Walnut Enterprises, LLC* |
| *Attorney for Plaintiff, George Goodritz* | | |
| Dated:  August 17, 2017 | Dated: August 17, 2017 | Dated: August 17, 2017 |

So ORDERED this _____ day of _____, 2017.

_____
                                                                                          J.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Stipulation of Dismissal was filed of record via the Court's CM/ECF System on August 17, 2017, and served upon the following:

Marc Evan Weitzman, Esq.
PARK AMERICA, INC.
One Bala Avenue, Suite 500
Bala Cynwyd, PA  19004

*Attorney for Defendant, Park America, Inc.*

Ellis R. Mirsky, Esq.
MIRSKY AND ASSOCIATES, PLLC
Two Blue Hill Plaza, Suite 1571
Pearl River, NY  10965

*Attorney for Defendant, 1500 Walnut Enterprises, LLC*

By: */s/ Jared A. Jacobson*
Jared A. Jacobson, Esq.