IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GEORGE GOODRITZ** <br><br> Plaintiff, <br><br> v. <br><br> **1500 WALNUT ENTERPRISES, LLC and PARK AMERICA INC.** <br><br> Defendants. | Civil Action No. 17-2386 |

## STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice pursuant to the Local Rules of Civil Procedure 41.1(b) for the Eastern District of Pennsylvania.

The parties further stipulate that each party shall bear his/its own costs and attorney's fees.

| | | |
|---|---|---|
| /s/ *Jared A. Jacobson* <br> Jared A. Jacobson, Esq. <br> (PA201382) <br> 2 Penn Center <br> 1500 JFK Boulevard, Suite 520 <br> Philadelphia, PA 19102 <br> Phone: 215-874-8808 / <br> Fax: 856-494-1707 <br> *Attorney for Plaintiff,* <br> *George Goodritz* | /s/ *Marc E. Weitzman* <br> Marc E. Weitzman, Esq. <br> PARK AMERICA, INC. <br> One Bala Avenue, Suite 500 <br> Bala Cynwyd, PA 19004 <br> *Attorney for Defendant,* <br> *Park America, Inc.* | /s/ *Ellis R. Mirsky* <br> Ellis R. Mirsky, Esq. <br> MIRSKY AND ASSOCIATES, PLLC <br> Two Blue Hill Plaza, Suite 1571 <br> Pearl River, NY 10965 <br> *Attorney for Defendant,* <br> *1500 Walnut Enterprises, LLC* |
| Dated: August 17, 2017 | Dated: August 17, 2017 | Dated: August 17, 2017 |

So ORDERED this __17th__ day of __August__, 2017.

T. N. O'Neill, J.